# EXHIBIT C

**starchefs** • Follow
Saint Julivert

**starchefs** Big congrats to Alex Raij and Eder Montero on the opening of their third restaurant, Saint Julivert Fisherie. 💧 You can get all the deets in the @nytimes piece through the link in our bio.

At #StarChefsCongress (exactly one month away!), Chef and Restaurateur Alex Raij will be leading a hands-on workshop focused on Spanish food and wood-fired cooking with @marraforni. She's bringing her encyclopedic knowledge of tapas, traditions, and the Spanish culinary diaspora to the red-hot

104 likes
1 DAY AGO









